# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-1615

———————

Dwight Alexander,                    *
                                     *
                 Appellant,          *
                                     *    Appeal from the United States
        v.                           *    District Court for the
                                     *    Eastern District of Arkansas.
Bayview Loan Servicing, LLC,         *
                                     *    [UNPUBLISHED]
                 Appellee.           *

———————

Submitted: November 7, 2011
Filed: November 16, 2011

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Dwight Alexander appeals the district court's[1] dismissal without prejudice of his civil action. Because Alexander's timely motions to vacate remain pending in the district court, his notice of appeal is not yet effective. See Fed. R. App. P. 4(a)(4)(B)(i). Accordingly, we dismiss this appeal for lack of jurisdiction, without prejudice to appellant's timely filing of a new notice of appeal after the district court rules on his pending motions. See Parkus v. Delo, 985 F.2d 425, 426 (8th Cir. 1993). We deny as moot Alexander's motion to supplement the record on appeal.

———————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.